THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BRANDON KEETON, *an individual*,<br><br>Plaintiff,<br><br>v.<br><br>HEPTA MFG LLC, *a domestic limited liability company*, BRIAN NICHOLS, *an individual*, JOHN DOES 1-10,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DEADLINES**<br><br>Case No. 4:25-cv-00019<br><br>District Judge David Nuffer |
| HEPTA MFG LLC, *a domestic Utah limited liability company*, BRIAN NICHOLS, *an individual*,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>BRANDON KEETON, *an individual*; and CRISTY KEETON, *an individual*,<br><br>Counterclaim Defendants. | |

IT IS ORDERED that the "Stipulated Motion For Extension Of Time To File Reply To Defendants' Partial Rule 12(B)(6) Motion To Dismiss"[1] in which both Plaintiff Brandon Keeton's time to file an opposition to Defendant Hepta MFG LLC and Brian Nichols' Partial Rule 12(b)(6) Motion to Dismiss[2], and Defendants Hepta MFG LLC and Brian Nichols's time to

---

[1] Docket No. 17, filed June 24, 2025.

[2] Docket No. 9, filed April 16, 2025.

file a reply Plaintiff Brandon Keeton filed his Memorandum in Opposition to Partial Rule 12(b)(6) Motion to Dismiss[3] until July 7, 2025, is GRANTED.

    Signed this 25th day of June 2025.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[3] Docket No. 15, filed June 20, 2025.